IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

Date: November 25, 2020

| | |
|---|---|
| VENOM 64, INC. d/b/a WESTERN NIGHTS; GLENN'S ROADHOUSE, LLC d/b/a ROADHOUSE BAR & GRILL; SIX SHOOTER SALOON, LLC d/b/a SIX SHOOTER SALOON; BRENT BARNETT; KARI REHL; and LACY GILWORTH,<br><br>        Plaintiffs,<br><br>v.<br><br>CITY OF OKLAHOMA CITY; DAVID HOLT; and WADE GOURLEY,<br><br>        Defendants. | Case No. CIV-20-01190-JD |

**ENTER ORDER:**

      Before the Court is Plaintiffs' Motion to Remand ("Motion"). [Doc. No. 6]. Under LCvR7.1(g), this matter is set for expedited briefing. If Defendants wish to respond to the Motion, Defendants shall file their response on or before **12:00 p.m. (noon) today, Wednesday, November 25, 2020**. Response briefs are limited to five pages. No replies will be permitted.

      ENTERED AT THE DIRECTION OF THE HONORABLE JODI W. DISHMAN.

                              CARMELITA REEDER SHINN, CLERK

                              By:   /s/*Nyssa Vasquez*
                                    Deputy Clerk